377 A.2d 981

Albert et al., Appellants, v. Henry Molded Products, Inc.

Argued June 13, 1977. Donald E. Matusow, with him S. Gerald Litvin, for appellants; Joseph H. Foster, with him James J. Donohue, for appellee.

Judgment affirmed.

PRICE, J., did not participate in the consideration or decision of this case.